MAYAGÜEZ SUGAR COMPANY, Appellant, v. REGISTRAR OF PROPERTY OF MAYAGÜEZ, Respondent.

No. 771. Submitted June 6, 1929.—Decided July 26, 1929.

*José Sabater,* for appellant. The registrar appeared by brief.

MR. JUSTICE WOLF delivered the opinion of the court.

When a proprietor rents a portion of his property no previous segregation of the said property and no record under a separate number is necessary and the registrar was mistaken in so deciding, and in requiring stamps for the separate annotation.

The note will be reversed and the record ordered.